AMENDED CHAPTER 13 PLAN     Case No.:15-40881

Debtor(s): BARBARA ANN ASHLEY    ss# 2799    Net Monthly Earnings:$2539.00
Number of Dependents: 0

**I. Plan Payment:**

(X) Debtor(s) propose to pay direct a total of **$413.00** [_] weekly [_] bi-weekly [_] semi-monthly [X] **monthly** into the plan, or

(_) Payroll deduction Order to _____ for $_____ [_]weekly [_] bi-weekly [_] semi-monthly [_] monthly.

Length of the plan is **60** months, and the total debt to be paid through the plan is **$24,780.00**.

**II** From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See Section 1322(a)(2)]
   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |
| | | | |

   B. Total Attorney Fee: $3,000.00; $0.00 paid pre-petition; $3,000.00 to be paid as soon as available after confirmation.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

     1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to Be Paid | Regular Payments to Begin: Month/Year | Arrears to be paid by Trustee | Months included in Arrearage Amount | Proposed interest rate on arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | 64316.55 | [_] by Trustee [X] by Debtor | 725.00 7/15 | 16603.18 | Various | 0.00 | 276.72 |
| | | [_] by Trustee [_] by Debtor | | | | | |

     2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Quick Cash Advance Co. | | 971.00 | 2500.00 | 0.00 | 2003 Chevrolet Truck (½ interest) | 5.25 | 18.44 | 10/15 |
| | | | | | | | | |
| | | | | | | | | |

**III.** Other debts ( **not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |
| | | | | |

**IV. Special Provisions:**

[_] This is an original plan.
[X] This is an amended plan replacing plan dated: August 20, 2015.
[X] This plan proposes to pay unsecured creditors approximately **100** %, along with interest at the rate of 5.25% per annum,.
[_] Other provisions:

Attorney for Debtor(s): /s/ Lisa Milner Hancock    Date **9-2-15**    /s/ Barbara Ann Ashley
Lisa Milner Hancock                                              BARBARA ANN ASHLEY, Debtor
2205 Taylor Street
Guntersville, AL 35976
(256) 582-6940

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the attached Amended Chapter 13 Plan on Linda B. Gore, Trustee at ch13trustee@bellsouth.net, electronically and all creditors on the attached matrix by U. S. Mail, postage prepaid.

This the 2nd day of Sept, 2015.

/s/ Lisa Milner Hancock
Lisa Milner Hancock

Case 15-40881-JJR13   Doc 35   Filed 09/02/15   Entered 09/02/15 15:56:33   Desc Main
Document      Page 2 of 3

```
Label Matrix for local noticing         U. S. Bankruptcy Court                  JPMorgan Chase Bank, N.A.
1126-1                                  1129 Noble Street, Room 117             3415 Vision Drive
Case 15-40881-JJR13                     Anniston, AL 36201-4674                 Columbus, OH  43219-6009
NORTHERN DISTRICT OF ALABAMA
Anniston
Wed Sep  2 15:55:22 CDT 2015

MARSHALL MEDICAL CENTER NORTH           Marshall Medical Center North           Quick Cash Advance Co.
c/o HOLLOWAY CREDIT SOLUTIONS, LLC      P. O. Box 11407                         10745 Highway 431
PO BOX 230609                           Birmingham, AL 35246-0100               Albertville, AL 35950-0142
MONTGOMERY, AL 36123-0609


Sirote & Permutt                        Barbara Ann Ashley                      Linda Baker Gore
P. O. Box 55727                         c/o Lachrisha Riggins                   NON-PAYMENTS: P.O. Box 1338
Birmingham, AL 35255-5727               89 Pawn Drive                           Gadsden, AL 35902
                                        Falkville, AL 35621


Lisa Milner Hancock
Lisa Milner Hancock
2205 Taylor St
Guntersville, AL 35976-1125




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION    End of Label Matrix
                                                Mailable recipients      9
                                                Bypassed recipients      1
                                                Total                   10
```